Order issued December 10, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01419-CV

## IN RE L. WAYNE TUCKER, ELIZABETH GEORGE, AND THE F & M BANK AND TRUST COMPANY, Relators

Original Proceeding from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-06-036

## ORDER

Before Justices Moseley, FitzGerald, and Myers

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus.

We **ORDER** that relators bear the costs of this original proceeding.


_____
JIM MOSELEY
JUSTICE